ROBERT E. FREITAS (SBN 80948)
DANIEL J. WEINBERG (SBN 227159)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: 650-614-7400
Facsimile: 650-614-7401

CHRISTOPHER S. RUHLAND (SBN 175054)
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: 213-629-2020
Facsimile: 213-629-2499

Attorneys for Plaintiff
Dfunct LLC d/b/a Tyler Speed

PAUL N. TAUGER (SBN 160552)
SCHNADER HARRISON SEGAL & LEWIS, LLP
One Montgomery Street, Suite 2200
San Francisco, CA 94104-5501
Telephone: (415) 364-6700
Facsimile: (415) 364-6785

DAVID SMITH
DIONNA K. LITVIN
JOANNE G. NOBLE
SCHNADER HARRISON SEGAL & LEWIS, LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103-7286
Telephone: (215) 751-2000
Facsimile: (215) 751-2205

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DFUNCT LLC, a Delaware limited liability company, d/b/a TYLER SPEED,<br><br>Plaintiff,<br><br>v.<br><br>MAJESTIC ATHLETIC LTD., a Pennsylvania corporation; NEW ERA CAP CO., INC., a New York corporation; THE SPORTS AUTHORITY, INC., a Delaware corporation; GART SPORTS CO., a Delaware corporation; SPORTMART, INC., a Delaware corporation; OSHMAN'S SPORTING GOODS, INC., a Delaware corporation; OLYMPIA SPORTS CENTER, INC., a Maine corporation; DUNHAM'S ATHLEISURE, CORP., a business entity; G.I. JOE'S, INC., an Oregon corporation; FOOT LOCKER, INC., a Delaware corporation; CHAMPS SPORTS, a business entity; EAST BAY, INC., a business entity; DICK'S SPORTING GOODS, INC., a Pennsylvania corporation; GSI COMMERCE, INC., a Delaware corporation,<br><br>Defendants. | No. C-04-1904 SI<br><br>**AGREED ORDER** |

DOCSSV1:407829.1

AGREED ORDER
NO. C-04 1904 SI

The Court, upon the agreement of plaintiff Dfunct LLC d/b/a Tyler Speed ("Dfunct") and defendants Majestic Athletic Ltd., The Sports Authority, Inc., Sportmart, Inc., Oshman's Sporting Goods, Inc., Olympia Sport Center, Inc., Dunham's Athleisure, Corp., G.I. Joe's, Inc., Foot Locker, Inc., Champs Sports, EastBay, Inc., Dick's Sporting Goods, Inc., and GSI Commerce, Inc., ("Defendants")[1] hereby orders, adjudges and decrees that:

1. This Court has jurisdiction over Dfunct and Defendants and over the subject matter asserted in the complaint in the above-captioned action.

2. Subject to paragraphs 3 and 7 below, Defendants are enjoined from any use of the following marks ("USFL Marks"):

- Arizona/Oklahoma Outlaws
- New Jersey Generals
- Arizona Wranglers
- Oakland Invaders
- Birmingham Stallions
- Orlando Renegades
- Memphis Showboats
- Washington Federals
- Michigan Panthers
- United States Football League

---

[1] Five defendants were misnamed in this lawsuit. The parties' Settlement Agreement correctly names The Sports Authority, Inc. (formerly known as Gart Sports Company), TSA Stores, Inc. (successor to Sportmart, Inc. and Oshman's Sporting Goods, Inc., and formerly known as The Sports Authority, Inc.), and Foot Locker Retail, Inc. (which includes Champs Sports as one of its operating divisions). All other defendants are properly named and parties to the Settlement Agreement.


Chicago Blitz


Pittsburgh Maulers


Houston Gamblers


Portland/Boston Breakers


Jacksonville Bulls


San Antonio Gunslingers


Los Angeles Express


Tampa Bay Bandits

3. The injunction in this Agreed Order shall not apply to Defendants' sale of Majestic's existing inventory of 4,689 units of products bearing one or more of the USFL Marks.

4. The injunction is entered by agreement of the parties, without any admission regarding the merits or demerits of the claims asserted by Dfunct, or the defenses asserted by Defendants.

5. This Order shall be vacated with respect to any USFL Mark as to which any entity other than Dfunct obtains a federal registration.

6. This Order shall be vacated with respect to any USFL Mark as to any jurisdiction for which a court of competent jurisdiction has determined that Dfunct does not have common law or statutory rights.

7. This Order shall not prevent Defendants from selling products bearing USFL Marks manufactured by a licensee of Dfunct.

8. Subject to the foregoing agreed injunction, this action is dismissed with prejudice.

9. Each party shall bear its own costs and attorneys' fees.

/ / /

/ / /

10. This Court retains jurisdiction over Dfunct and Defendants for the purpose of enforcing the terms of the agreed injunction.

IT IS SO ORDERED, ADJUDGED AND DECREED THIS __ day of ____ 2005.

IT IS SO ORDERED
Judge Susan Illston

APPROVED AS TO FORM:

Dated: June 9, 2005          SC                                    EWIS LLP

            /s/ David Smith /s/
              David Smith
          Attorneys for Defendants

Dated: June 9, 2005          ORRICK, HERRINGTON & SUTCLIFFE LLP

           /s/ Robert E. Freitas /s/
            Robert E. Freitas
         Attorneys for Plaintiff

1  I, Daniel J. Weinberg, am the ECF User whose identification and password are
2  being used to file this Agreed Order.  Pursuant to General Order 45.X.B, I hereby attest that
3  Dionna K. Litvin of Schnader Harrison Segal & Lewis, LLP, counsel for Defendants, has
4  concurred in this filing.

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28